IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAR 3 0 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| PATRICIA MORALES CRUZ, Individually and As Next Friend of MARIANA ELIZABETH SUAREZ MORALES and LUIS FERNANDO SUAREZ MORALES § § § § § And § § VICTORIA CRUZ JIMENEZ § § And § § GLADYS MORALES CRUZ § § Vs. § § FIRESTONE, INC., § BRIDGESTONE/FIRESTONE NORTH § AMERICAN TIRE, L.L.C., BRIDGESTONE § AMERICAS HOLDING, INC., and § FORD MOTOR COMPANY § | CIVIL ACTION NO.: 04-CV-53 JURY |

## CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, Ford Motor Company ("Ford"), and, pursuant to paragraph 2 of this Court's Order for Conference and Disclosure of Interested Parties, files this its Certificate of Financially Interested Persons.

1.   The undersigned counsel of record for Ford certifies that the following listed persons may have an interest in the outcome of this case:

| **PERSON OR ENTITY** | **CONNECTION TO CASE** |
|---|---|
| Patricia Morales Cruz | Plaintiff |
| Mariana Elizabeth Suarez Morales | Plaintiff, Minor |
| Luis Fernando Suarez Morales | Plaintiff, Minor |

| | |
|---|---|
| Victoria Cruz Jimenez | Plaintiff |
| Gladys Morales Cruz | Plaintiff |
| Juan A. Gonzalez<br>The Law Offices of Mark A. Cantu<br>The Atrium<br>1300 N. 10th Street, Suite 400<br>McAllen, Texas 78501 | Counsel for Plaintiffs |
| Ford Motor Company | Evan N. Kramer<br>Brown McCarroll, LLP<br>1111 Bagby, 47th Floor<br>Houston, Texas 77002<br>(713) 529-3110; Fax: (713) 525-6295<br>**Counsel for Defendant**<br>**Ford Motor Company** |
| Bridgestone/Firestone North American<br>Tire, Inc., Individually and as Successor<br>To Bridgestone/Firestone, Inc. and<br>Bridgestone Americas Holdings, Inc. | Knox D. Nunnally<br>Vinson & Elkins, L.L.P.<br>1001 Fannin, 2300 First City Tower<br>Houston, Texas 77002<br>**Counsel for Defendants**<br>**Bridgestone/Firestone North American**<br>**Tire, L.L.C., Individually and as**<br>**Successor to Bridgestone/Firestone, Inc.**<br>**and Bridgestone Americas Holding, Inc.** |

    2.    Ford Motor Company has no parent corporation. The following is a list of domestic and foreign companies in which Ford Motor Company owns an equity interest of at least 10%, but less than 100%:

    Autolatina Comercio e Participacoes Financerias Ltd.

    Ford Motor Company of Australia Limited

    Ford Motor Company (Belgium) N.V.

    Ford Motor Company A/S

    Ford Werke-Aktiengesellschaft

    Ford Nederland B.V.

    Ford Motor Company of Korea

    Ford Motor Norge A.S.

    Ford Motor Company of New Zealand Limited

    Ford Motor Company Private Limited

    Ford Motor Company (Switzerland) S.A.

    Ford Vietnam Limited

    The Hertz Corporation

    Invercred Compania Financiera S.A.

    Mazda Motors Corporation

    Oy Ford Ab

DATED: March 25, 2004

                                    Respectfully submitted,

                                    By *Evan N. Kramer w/permission*
                                    Evan N. Kramer
                                    Attorney in Charge
                                    SDTX No.: 12346
                                    Texas Bar No.: 11704650

OF COUNSEL:
Danielle M. Harsany
SDTX No.: 32200
Texas Bar No.: 24005131
BROWN McCARROLL, L.L.P.
1111 Bagby, 47th Floor
Houston, Texas 77002
(713) 529-3110; Fax: (713) 525-6295

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defendant Ford Motor Company's Certificate of Financially Interested Parties has been forwarded by U.S. Certified Mail, Return Receipt Requested, to all known counsel of record as shown below on this 25th day of March, 2004.

Danielle M. Harsany

Juan A. Gonzalez
LAW OFFICE OF MARK A. CANTU
1300 N. 10th Street, Suite 400
McAllen, Texas 78501

Knox D. Nunnally
Don C. Griffin, Jr.
VINSON & ELKINS, L.L.P.
1001 Fannin
2300 First City Tower
Houston, Texas 77002