4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 3 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PATRICIA MORALES CRUZ, Individually and As Next Friend of MARIANA ELIZABETH SUAREZ MORALES and LUIS FERNANDO SUAREZ MORALES | § § § § |
| And | § § |
| VICTORIA CRUZ JIMENEZ | § § |
| And | § § |
| GLADYS MORALES CRUZ | § § |
| Vs. | § § |
| FIRESTONE, INC., BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, L.L.C., BRIDGESTONE AMERICAS HOLDING, INC., and FORD MOTOR COMPANY | § § § § § |

CIVIL ACTION NO.: 04-CV-53
JURY

## DEFENDANT FORD MOTOR COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

DEFENDANT FORD MOTOR COMPANY ("Ford") files this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and shows the Court the following:

Ford Motor Company has no parent corporations and there are no publicly held companies that own ten percent or more of Ford's stock.

Respectfully submitted,

By _Evan N. Kramer w/permission_
    Evan N. Kramer    _Danielle Harsany_
    Attorney in Charge
    SDTX No.:  12346
    Texas Bar No.: 11704650

OF COUNSEL:
Danielle M. Harsany
SDTX No.:  32200
Texas Bar No.:  24005131
BROWN McCARROLL, L.L.P.
1111 Bagby, 47th Floor
Houston, Texas 77002
(713) 529-3110; Fax: (713) 525-6295

         ATTORNEYS FOR DEFENDANT
         FORD MOTOR COMPANY

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defendant Ford Motor Company's Corporate Disclosure Statement has been forwarded by U.S. Certified Mail, Return Receipt Requested, to all known counsel of record as shown below on this _31st_ day of _March_ 2004.

    Danielle M. Harsany

Juan A. Gonzalez
LAW OFFICE OF MARK A. CANTU
1300 N. 10th Street, Suite 400
McAllen, Texas  78501

Knox D. Nunnally
Don C. Griffin, Jr.
VINSON & ELKINS, L.L.P.
1001 Fannin
2300 First City Tower
Houston, Texas  77002