IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District C...
Southern Dist... ...
FIL...

MAY 1 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PATRICIA MORALES CRUZ, Individually and As Next Friend of MARIANA ELIZABETH SUAREZ MORALES and LUIS FERNANDO SUAREZ MORALES | § § § § § | |
| And | § § | |
| VICTORIA CRUZ JIMENEZ | § § § | |
| And | § § | |
| GLADYS MORALES CRUZ | § § § | |
| Vs. | § § | CIVIL ACTION NO.: 04-CV-53 JURY |
| FIRESTONE, INC., BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, L.L.C., BRIDGESTONE AMERICAS HOLDING, INC., and FORD MOTOR COMPANY | § § § § § | |

**JOINT REPORT ON CONFERENCE REQUIRED BY RULE 26(f) AND
JOINT DISCOVERY/CASE MANAGEMENT PLAN**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

1.  State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

    **RESPONSE:** The meeting was via e-mail between the parties over several days, ending on May 11, 2004. Counsel Danielle Harsany Shields attended on behalf of Defendant, Ford Motor Company, ("Ford"). Counsel Kyle Farrar attended on behalf of Firestone, Inc., Bridgestone/Firestone North American Tire, L.L.C., Bridgestone Americas Holding, Inc. ("Firestone"). Counsel Juan A. Gonzalez attended on behalf of the Plaintiffs, Patricia Morales Cruz, Ind. and ANF of Mariana Elizabeth Suarez Morales and Luis Fernando Suarez Morales, Victoria Cruz Jimenez and Gladys Morales Cruz.



HOU:303765.1
37151.95901

2. List cases pending in this, or any other district, with their cause number and judicial district, which are related to this case.

**RESPONSE: There are numerous lawsuits filed against Ford and Firestone based on similar allegations as those contained in this case. These are too numerous to set forth here. Nevertheless the parties do advise the court that there are multiple other cases that are related to the extent that the allegations may be similar.**

3. Can and should this case be consolidated with those cases, if any?

**RESPONSE: Defendant Ford has filed a Notice of Related Actions, attached hereto as Exhibit A, to request that this case be transferred to the multi-district litigation for the Ford/Firestone related cases, during the discovery phase. However, the parties agree that they do not believe that this case should be consolidated with any other pending cases.**

4. What is the Plaintiffs' allegation of federal jurisdiction?

**RESPONSE: Plaintiffs did not make an allegation of federal jurisdiction. Plaintiffs filed in state court. Defendant Ford and Firestone allege diversity jurisdiction and amount in controversy.**

5. Does/do the Defendant(s) agree or disagree with this allegation?

**RESPONSE: Ford and Firestone allege that this Court has jurisdiction under Title 28, United States Code, Section 1332 and 1441(a), in that it is a civil action between completely diverse parties and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of all interest and costs. Plaintiffs do not disagree with this allegation.**

6. Does either party anticipate the need to add additional parties?

**RESPONSE: Plaintiffs do not anticipate any additional parties at this time. Ford and Firestone may allege that the fault of the Explorer's driver or passenger is responsible for the crash and Plaintiffs' damages.**

7. If so, list any additional parties and when they can be added.

**RESPONSE: Ford and Firestone may add the driver or other passengers as a defendants once preliminary discovery has been done.**

8. List any anticipated interventions.

   **RESPONSE: Plaintiffs and Defendant do not anticipate any interventions at this time.**

9. Is/are there any issue(s) in this case which may raise class allegations or class action issues?

   **RESPONSE: None.**

## Discovery

10. Describe the proposed discovery plan agreed upon at the conference. Include the following.

    **RESPONSE: The parties would prefer to delay all discovery until a final order is entered as to whether this case will be transferred to the multi-district litigation.**

11. If the parties do not agree on any portion of the discovery plan, describe the separate views and proposals of each party.

    **RESPONSE: The parties are in general agreement to the discovery plan as outlined herein.**

## Settlement and Trial Alternatives

12. Describe the possibilities of settlement or alternate dispute resolution which were discussed at the Rule 26(f) conference.

    **RESPONSE: The parties agree that settlement discussions which may lead to a settlement are possible after some amount of preliminary discovery has been conducted. The parties agree to communicate in good faith regarding the potential for any such settlement discussions.**

13. State what has been done to bring about a prompt settlement.

    **RESPONSE: The parties believe that it is too premature to seriously discuss resolution at this time. The parties are cooperating in reaching agreements with respect to discovery and pretrial matters that may lead to fruitful resolution discussions.**

14. Is this case suitable for Alternate Dispute Resolution (ADR)? If so, what has been done to promote ADR?

    **RESPONSE: The parties agree that that this case is not suitable for ADR.**

15. Will the parties consent to trial before a Magistrate Judge?

    **RESPONSE: The parties do not agree to a trial before a magistrate at this time.**

16. Has a jury demand been made? It is timely?

    **RESPONSE: Plaintiffs made a timely jury demand, upon which Defendants rely.**

17. In the event of a trial, how long will it take to try this case?

    **RESPONSE: The parties anticipate that it will take 80-100 hours to present evidence in this case. Cases of this nature are generally tried over the course of 2 _ to 3 weeks (5 trial days per week).**

## Additional Conference Items

18. If there are any motions pending before the Court at this time, list them.

    **RESPONSE: Defendants together with their original answer filed Motions to Transfer Venue and Subject Thereto Motion to Dismiss Under the Doctrine of Forum Non Conveniens, Original Answer to Plaintiffs' Original Petition. Defendants do not intend to file their supporting briefs in this court, but prefer to wait until this case is transferred to the multi-district litigation to fully address those issues.**

19. Can any of these motions be ruled upon at the initial pretrial and scheduling conference?

    **RESPONSE: Plaintiffs do not believe that any pending motions are ripe for ruling at the initial pretrial and scheduling conference. Specifically, Plaintiffs urge that the Court allow Forum Non Conveniens discovery and conflict of laws discovery and order a briefing schedule.**

20. Are there any other matters peculiar to this case, including discovery, which deserve the special attention of the Court at the conference?

**RESPONSE: The accident given rise to this suit occurred in Mexico. As a result, the Plaintiffs, investigating officers, medical treatment personnel, and any witnesses to the accident reside in Mexico. This may lengthen and complicate the discovery process. Additionally, Plaintiffs urge the necessity for forum non conveniens and conflicts of laws discovery and briefing scheduling.**

21. List the names, bar numbers, addresses, and telephone numbers of all counsel.

**RESPONSE:**

*For Plaintiffs*

Juan A. Gonzalez
Attorney in Charge
SDTX No.: 3472
TBN: 08129310
Ricardo G. Benavides
SDTX No.: 32205
TBN: 24031735
LAW OFFICE OF MARK A. CANTU
The Atrium
1300 North 10th Street, 4th Floor
McAllen, Texas 78501
(956) 968-8181; Fax: (956) 687-8868

*For Ford Motor Company*

Evan Kramer
Attorney in Charge
SDTX No.: 12346
TBN: 11704650
Danielle Harsany Shields
SDTX No.: 32200
TBN: 24005131
BROWN McCARROLL, L.L.P.
1111 Bagby, 47th Floor
Houston, Texas 77002
(713) 529-3110; Fax: (713) 525-6295

*For Firestone, Inc., Bridgestone/Firestone North American Tire, L.L.C., and Bridgestone Americas Holding, Inc.*

    Knox D. Nunnally
    Attorney in Charge
    SDTX No.: 1282
    TBN: 15141000
    Don C. Griffin
    SDTX No.: 29446
    TBN: 08456975
    VINSON & ELKINS L.L.P.
    2300 First City Tower
    1001 Fannin
    Houston, Texas 77002-6760
    (713) 758-3508; Fax: (713) 615-5985

    Respectfully submitted,

    LAW OFFICE OF MARK A. CANTU
    The Atrium
    1300 N. 10th St., Suite 400
    McAllen, Texas 78501
    (956) 687-8181; Fax: (956) 687-8868

    By: _____
        JUAN A. GONZALEZ
        SDTX No.: 3472
        TBN: 08129310

    ATTORNEY FOR PLAINTIFFS

    And

BROWN MCCARROLL, L.L.P.
1111 Bagby, 47th Floor
Houston, Texas 77002
(713) 529-3110; Fax: (713) 525-6295

By: _____
   Evan Kramer
   Attorney-In-Charge
   SDTX No.: 12346
   TBN: 11704650
   Danielle Harsany Shields
   SDTX No.: 32200
   TBN: 24005131

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY


And

VINSON & ELKINS LLP
2300 First City Tower
1001 Fannin
Houston, Texas 77002-6760
(713) 758-3508; Fax: (713) 615-5985

By: _____
   Knox D. Nunnally
   Attorney in Charge
   SDTX No.: 1282
   TBN: 15141000
   Don C. Griffin
   SDTX No.: 29446
   TBN: 08456975

ATTORNEYS FOR FIRESTONE, INC.,
BRIDGESTONE/FIRESTONE NORTH,
AMERICAN TIRE, L.L.C., BRIDGESTONE
AMERICAS HOLDING, INC., and BRIDGESTONE

HOU:303765.1
37151.95901

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Joint Report on Conference Required by Rule 26(f) and Joint Discovery/Case Management Plan has been forwarded by U.S. Certified Mail, Return Receipt Requested, to all known counsel of record as shown below on this 11th day of May, 2004.

_____
Danielle Harsany Shields

Juan A. Gonzalez
LAW OFFICE OF MARK A. CANTU
1300 N. 10th Street, Suite 400
McAllen, Texas 78501

Knox D. Nunnally
Don C. Griffin
VINSON & ELKINS L.L.P.
1001 Fannin
2300 First City Tower
Houston, Texas 77002