# Civil  Courtroom  Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas          ☐ Levesque |

United States District Court
Southern District of Texas
FILED

MAY 2 5 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| DATE | 5 \| 25 \| 04 |
| TIME | a.m. <br> 10:40  p.m.    a.m. <br> 10:48  p.m. |
| CIVIL ACTION | B \| 04 \| 53 |
| STYLE | **Patricia Morales Cruz, et al.** <br> *versus* <br> **Firestone, Inc., et al.** |

DOCKET ENTRY

(HGT) ■ Initial Pre-Trial Conference;        (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):    Ricardo Benavidez

Attorney(s) for Defendant(s):    Evan Kramer, Don Griffin, and Danielle Shields

**Comments**:

1.    The Court GRANTED Plaintiffs' oral motion to substitute Mr. Benavides for Juan Gonzalez for this proceeding.

2.    Mr. Kramer explained the disposition of the case.  The Defendants have filed a notice with the MDL panel and expect a conditional transfer order within the next thirty to sixty days.

3.    The Court will enter a scheduling order with a discovery cutoff date of June 1, 2005, so the case will stay on track in the event that it is not transferred.