A CERTIFIED TRUE COPY
JUN 17 2004
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**
JUN 2 2 2004
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
JUN -1 2004
FILED
CLERK'S OFFICE

DOCKET NO. 1373

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE BRIDGESTONE/FIRESTONE, INC., TIRES PRODUCTS LIABILITY LITIGATION*

*Isela Maria Zarate-Sequeira, et al. v. Bridgestone/Firestone North American Tire, LLC, et al.,* S.D. Florida, C.A. No. 1:04-20584
*Patricia Morales Cruz, et al. v. Firestone, Inc., et al.,* S.D. Texas, C.A. No. 1:04-53

### CONDITIONAL TRANSFER ORDER (CTO-59)

On October 24, 2000, the Panel transferred 58 civil actions to the United States District Court for the Southern District of Indiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 716 additional actions have been transferred to the Southern District of Indiana. With the consent of that court, all such actions have been assigned to the Honorable Sarah Evans Barker.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of Indiana and assigned to Judge Barker.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Indiana for the reasons stated in the order of October 24, 2000, and, with the consent of that court, assigned to the Honorable Sarah Evans Barker.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Indiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 17 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

SOUTHERN DISTRICT
CERTIFIED
A TRUE COPY
CLERK OR DEPUTY
LAURA A. BRIGGS
CLERK